**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE:  CONSTITUTIONALITY OF | : No. 23 MM 2015 |
| CANON 3, RULE 3.11 OF THE CODE OF | : |
| JUDICIAL CONDUCT | : |
| | : |
| | : |
| | : |
| PETITION OF:  JUDGE CRAIG A. DALLY | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of March, 2015, the Application for Leave to File Supplemental Application for Extraordinary Relief is **GRANTED**, and the Application for Extraordinary Relief is **DENIED**.